**Official Form 1 (4/07)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ILLINOIS FORGE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-2223952** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2900 E. Rock Falls Rd.**<br>**Rock Falls, IL**<br>ZIP Code **61071** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Whiteside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **ILLINOIS FORGE, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **ILLINOIS FORGE, INC.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney**

X  **/s/ Brian M. Graham (ARDC**
Signature of Attorney for Debtor(s)

**Brian M. Graham (ARDC #6243015)**
Printed Name of Attorney for Debtor(s)

**SmithAmundsen LLC**
Firm Name

**150 North Michigan Avenue**
**Suite 3300**
**Chicago, IL 60601**

Address

                    **Email: bgraham@salawus.com**
**312-894-3200  Fax: 312-894-3210**
Telephone Number

**September 17, 2007**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Peter J. Eshleman**
Signature of Authorized Individual

**Peter J. Eshleman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 17, 2007**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **ILLINOIS FORGE, INC.**                                       Case No. _____

Debtor(s)                                           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Absolute Welding<br>7204 Voyles Road<br>Greenville, IN 47124 | Ted Wilcox<br>Absolute Welding<br>7204 Voyles Road<br>Greenville, IN 47124<br>(812) 923-8001 | | | 8,187.00 |
| Commonwealth Edison<br>P.O. Box 805376<br>Chicago, IL 60680-5376 | Tad Kerr<br>Commonwealth Edison<br>P.O. Box 805376<br>Chicago, IL 60680-5376<br>(815) 284-5852 | | | 12,897.13 |
| Constellation New Energy<br>330 W. Washington<br>Suite 300<br>Chicago, IL 60661 | Kathy Rogers<br>Constellation New Energy<br>14217 Collection Center Dr.<br>Chicago, IL 60693<br>(312) 704 8706 | | | 14,503.68 |
| Corporate Services, Inc.<br>609 W. 3rd St.<br>Dixon, IL 61021 | Corporate Services, Inc.<br>208 Kishwaukee St.<br>Rockford, IL 61104<br>(815) 962-8367 | | | 10,723.57 |
| DeKalb Forge Co.<br>1832 E. Pleasant St.<br>Dekalb, IL 60115 | Don Jones - Dave Potter<br>DeKalb Forge Co.<br>1832 E. Pleasant St.<br>Dekalb, IL 60115<br>(815) 756-3538 | | | 9,139.54 |
| EnergyUSA<br>C/O JP Morgan Chase<br>Lockbox 66949<br>Indianapolis, IN 46266-6949 | Allan Teetsov<br>EnergyUSA<br>Lockbox 66949, C/O JPMorgan Chase<br>Indianapolis, IN 46266-6949<br>(847) 274-4646 | | | 23,322.90 |
| Franczek Sullivan P.C.<br>Attorneys At Law<br>300 S. Wacker Dr., Suite 3400<br>Chicago, IL 60606-6785 | Lester S. Weinstine<br>Law Offices of Lester S. Weinstine<br>300 S. Wacker Dr., Suite 3400<br>Chicago, IL 60606-6785<br>(815) 772-7211 | | | 54,748.93 |

In re **ILLINOIS FORGE, INC.**           Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Heyl, Royster, Voelker and Allen<br>Bank One Bldg., Suite 600<br>Peoria, IL 61602 | Heyl, Royster, Voelker and Allen<br>Bank One Bldg., Suite 600<br>Peoria, IL 61602<br>(309) 676-0400 | | | 26,270.56 |
| Illinois Mfg. Extension Center<br>404 Jobst Hall<br>1501 W. Bradley Ave.<br>Peoria, IL 61625 | Illinois Mfg. Extension Center<br>1501 W. Bradley Ave.<br>Peoria, IL 61625<br>(309) 677-4632 | | | 13,900.00 |
| King Steel Corp.<br>5225 E. Cook Road<br>Grand Blanc, MI 48439 | Thomas Jakeway<br>Fulbright & Associates, P.C.<br>1707 E. State St., P.O. Box 1510<br>Rockford, IL 61110<br>(815)847-3990 | | | 28,211.00 |
| Kreher Steel Company, Inc.<br>812 Lexington, Suite 100<br>Plano, TX 75075 | Thomas Jakeway<br>Fulbright & Associates, P.C.<br>1707 E. State St., P.O. Box 1510<br>Rockford, IL 61110<br>(815) 847-3990 | | | 37,005.97 |
| Lindgren, Callihan, Van Osdol & Co.<br>P.O. Box 898<br>403 E. Third St.<br>Sterling, IL 61081 | Lindgren, Callihan, Van Osdol & Co.<br>P.O. Box 898<br>Sterling, IL 61081<br>(815) 626-1277 | | | 22,000.00 |
| Perlow Steel<br>P.O. Box 94859<br>Chicago, IL 60690-4859 | David Smit<br>Perlow Steel<br>P.O. Box 94859<br>Chicago, IL 60690-4859<br>(800) 621-6049 ext. 288 | | | 57,042.62 |
| Quality Induction Services, Inc.<br>18105 Cross Lane Drive<br>Fraser, MI 48026 | Mike Taylor<br>Quality Induction Services, Inc.<br>18105 Cross Lane Drive<br>Fraser, MI 48026<br>(586) 296-1855 | | | 12,125.00 |
| Reid Machinery Inc.<br>3030 Martin Luther King Jr. Drive<br>Lansing, MI 48910 | Reid Machinery Inc.<br>3030 Martin Luther King Jr. Drive<br>Lansing, MI 48910<br>(517) 887-8300 | | | 27,320.00 |
| Rock Valley Die Sinking<br>2457 Baxter Rd.<br>Rockford, IL 61109 | Rock Valley Die Sinking<br>2457 Baxter Rd.<br>Rockford, IL 61109<br>(815) 874-8560 | | | 20,850.00 |
| SDI - Steel Dynamics<br>8000 N. County Rd. 225 E.<br>Pittsboro, IN 46167 | Drew Kofahl<br>SDI - Steel Dynamics<br>8000 N. County Rd. 225 E.<br>Pittsboro, IN 46167<br>(630) 269-5001 | | | 139,597.44 |

In re  **ILLINOIS FORGE, INC.**                                              Case No.

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Selden Fox & Associates**<br>**619 Enterprise Dr.**<br>**Oak Brook, IL 60523-8835** | **Bob Selden-John**<br>**Selden Fox & Associates**<br>**619 Enterprise Dr.**<br>**Oak Brook, IL 60523-8835**<br>**(630) 954-1400** | | | **15,035.75** |
| **Turret Industries, Inc.**<br>**P.O. Box 55**<br>**Leetsdale, PA 15056-0055** | **Larry Weir**<br>**Turret Industries, Inc.**<br>**P.O. Box 55**<br>**Leetsdale, PA 15056-0055**<br>**(800) 245-4800** | | | **154,163.32** |
| **Whiteside County Collector**<br>**200 E. Knox St.**<br>**Morrison, IL 61270** | **Whiteside County Collector**<br>**200 E. Knox St.**<br>**Morrison, IL 61270**<br>**(815) 772-5196** | | | **36,955.86** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 17, 2007**           Signature  **/s/ Peter J. Eshleman**
                                                  **Peter J. Eshleman**
                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **ILLINOIS FORGE, INC.**                                                     Case No.
                                              Debtor(s)                 Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **119**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 17, 2007**            **/s/ Peter J. Eshleman**
                                         **Peter J. Eshleman**/**President**
                                         Signer/Title

Ablaze Welding
2003 Kishwaukee Street
Rockford, IL 61104


Absolute Welding
7204 Voyles Road
Greenville, IN 47124


Airgas Direct Industrial Inc.
W3645 Airgas Safety
P.O. Box 7777
Philadelphia, PA 19175


Allied Waste Services
1214 S. Bataan Road
Dixon, IL 61021


Altorfer Inc.
P.O. Box 1347
Cedar Rapids, IA 52406-1347


American Express
Suite 0001
Chicago, IL 60679-0001


American International Recovery
P.O. Box 105795
Atlanta, GA 30348-6064


AT&T (SBC)
Bill Payment Center
Saginaw, MI 48663-0003


AT&T Easylink Services
CS Drawer 100659
Atlanta, GA 30384-0659


Bibby Financial Services, Inc.
Melissa Baines
1400 Opus Place, Suite 250
Downers Grove, IL 60515


Bob Brown's Oil Co.
P.O. Box 134
Sterling, IL 61081

```
Bos Machine Tool Service
P.O. Box 96
Hillsdale, IL 61257-0096


Bright, Edwin
HC6 Box 234B
Gatewood, MO 63942


Bright, Edwin
c/o Marvin Ripley
300 First Ave., Suite 200
Rock Falls, IL 61071


Brooks & Trinrud
3725 Blackhawk Road, Suite 200
P.O. Box 3487
Rock Island, IL 61204-3487


C&N Supply
105 South Peoria
P.O. Box 77
Dixon, IL 61021


Cincinnati Life Insurance Co.
P.O. box 145496
Cincinnati, OH 45250-5496


Cincinnati Tool Steel Co.
P.O. Box 5664
Rockford, IL 61125


Cintas Corp. #355
5100 2th Ave.
Rockford, IL 61109-1706


Commonwealth Edison
c/o Tad Kerr
P.O. Box 805376
Chicago, IL 60680-5376


Constellation New Energy
330 W. Washington
Suite 300
Chicago, IL 60661
```

Corporate Services, Inc.
609 W. 3rd St.
Dixon, IL 61021


Corporate Services, Inc.
c/o Kathy Rogers
14217 Collection Center Dr.
Chicago, IL 60693


Crescent Electric Supply
P.O. Box 500
East Dubuque, IL 61025


DeKalb Forge Co.
1832 E. Pleasant St.
Dekalb, IL 60115


Dexton
1324 2nd St.
Rock Island, IL 61201


Double D Express
P.O. Box 606
Peru, IL 61354


Dylon Industries, Inc.
7700 Clinton Road
Cleveland, OH 44144-1045


EnergyUSA
C/O JP Morgan Chase
Lockbox 66949
Indianapolis, IN 46266-6949


EnergyUSA
c/o Allan Teetsov and JP Morgan
Lockbox 66949
Indianapolis, IN 46266


Eshleman, Harold
c/o Brad Waller
2045 Aberdeen Ct., Suite A
Sycamore, IL 60178

Eshleman, James H.
1501 Country Lane
Sterling, IL 61081


Eshleman, James H.
c/o Brad Waller
2045 Aberdeen Ct., Suite A
Sycamore, IL 60178


Finkl & Sons Co.
P.O. Box 92576
Chicago, IL 60675-2576


Floody Company, Inc.
5065 27th Ave.
Rockford, IL 61109


FMC Technologies, Inc.
57 Cooper Ave.
Homer City, PA 15748


Ford Credit
P.O. Box 790093
Saint Louis, MO 63179


Ford Motor Credit Co.
P.O. Box 88306
Chicago, IL 60680-1306


Franczek Sullivan P.C.
Attorneys At Law
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606-6785


Furnace Parts Inc.
4755 W. 150th St. - Unit C
Cleveland, OH 44135


Gallentine, Paul
c/o Havrilesko Law Offices, P.C.
1151 Barberry Ln.
Belvidere, IL 61008

General Forging Die Co.
4635 Hydraulic Rd.
Rockford, IL 61109


Gordon Products
Attn: Steve Peterkort
49 Old Lake Rd.
Hawthorn Woods, IL 60047


Grainger
Dept 200 520501567
Palatine, IL 60038-0001


Grummert's Hardware
1112 First Ave.
Rock Falls, IL 61071


Health Alliance Medical
102 E. Main St.
Urbana, IL 61801


Heights Finance
114 1st Ave.
Rock Falls, IL 61071


Heyl, Royster, Voelker and Allen
Bank One Bldg., Suite 600
Peoria, IL 61602


Howell Welding
1071 Waveland Ave.
Franklin Park, IL 60131


Hupp ToyotaLift
808 W. River Drive.
Davenport, IA 52802


Illinois Department of Revenue
c/o Jim Newbold
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Illinois Mfg. Extension Center
404 Jobst Hall
1501 W. Bradley Ave.
Peoria, IL 61625


Independent Transit System
P.O. Box 788
Woodstock, ON


Internal Revenue Service
c/o Joel Nathan
219 S. Dearborn St., Suite 500
Chicago, IL 60604


Jade-Sterling Steel Co., Inc.
P.O. Box 1090
2300 E. Aurora Rd.
Twinsburg, OH 44087


Jett Cutting Service, Inc.
6510 S. Austin Ave.
Bedford Park, IL 60638


Johnson Oil
1305 12th Ave.
Rock Falls, IL 61071


Johnson, Jeff
303 W. 20th St.
Rock Falls, IL 61071


Kentuckiana Balancing Co. Inc.
2250 Ampere Drive
Louisville, KY 40299


King Steel Corp.
5225 E. Cook Road
Grand Blanc, MI 48439


Kreher Steel Company, Inc.
812 Lexington, Suite 100
Plano, TX 75075

```
Kroetz, Richard H.
19 Hendaye Way
Hot Springs Village, AR 71909


Laurie A. Martin Montplaisir
Schuyler, Roche & Zwirner, P.C.
One Prudential Plaza, Suite 3800
Chicago, IL 60601


Lectronics, Inc.
P.O. Box 3057
Clinton, IA 52732-3057


Lester S. Weinstine
Law Offices of Lester S. Weinstine
300 S. Wacker Dr., Suite 3400
Chicago, IL 60606


Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL 60521-1495


Lindgren, Callihan, Van Osdol & Co.
P.O. Box 898
403 E. Third St.
Sterling, IL 61081


Long Screw Machine Products
P.O. Box 2093
2210 Nimtz Rd.
Loves Park, IL 61130


Magid Glove Mfg. Co.
2060 N. Kolmar Ave.
Chicago, IL 60639


Marco
1044 S. Dittmer
Davenport, IA 52802


Martin Fluid Power Co.
315 Palladium Dr.
Saint Joseph, MI 49085
```

```
McMaster Carr Supply
P.O. Box 7690
Chicago, IL 60680-7690


MDS Induction Specialties, Ltd.
762 E. Market St.
Warren, OH 44481


Midwest Scale
1327 7t St.
Rockford, IL 61104


Minnesota Glove, Inc.
203 E. Marie Ave.
Saint Paul, MN 55118


Motion Industries Inc.
2000 Manufacturing Drive
Clinton, IA 52732


Mott Brothers / Columbia
900 E. 11th St.
Rock Falls, IL 61071


Newark Electronics
P.O. Box 94151
Palatine, IL 60094-4151


NICOR
P.O. Box 632
Aurora, IL 60507-0190


North American Manufacturing
4455 E. 75th St.
Cleveland, OH 44105


Oil States Industries
P.O. Box 706
Lampasas, TX 76550


Park-Ohio Industries, Inc.
777 E. 79th St.
Cleveland, OH 44103
```

```
PDC Laboratories, Inc.
9071
Peoria, IL 61612-9689


Pension Benefit Guaranty Corp.
Stuart Bernsen
1200 K St., N.W., Suite 340
Washington, DC 20005-4026


Perlow Steel
P.O. Box 94859
Chicago, IL 60690-4859


Pete Harkness Auto Group
2811 Locust
Sterling, IL 61081


Poplin & Sons Machine Co.
2118 Stafford Street Ext.
Monroe, NC 28110-9650


Quality Induction Services, Inc.
18105 Cross Lane Drive
Fraser, MI 48026


Quill
100 Schelter Rd.
Lincolnshire, IL 60069-3621


R.M. Boggs Co. Inc.
P.O. Box 1487
Iowa City, IA 52244


Reid Machinery Inc.
3030 Martin Luther King Jr. Drive
Lansing, MI 48910


Rimrock
1700 Jetway Blvd.
Columbus, OH 43219


Rock Island Lubricants
1320 1st Street
P.O. Box 5015
Rock Island, IL 61204-5015
```

```
Rock Valley Die Sinking
2457 Baxter Rd.
Rockford, IL 61109


Rockford Industrial Welding Supply
P.O. Box 5404
Rockford, IL 61125-0404


Safeco Insurance
P.O. Box 66768
Saint Louis, MO 63166


Sauk Valley Bank & Trust Co.
c/o Paul Osborn
202 E. Fifth St., P.O. Box 400
Sterling, IL 61081


SBM Business Equipment Center
501 Locust St.
Sterling, IL 61081


Schaeffer's Oil
102 Barton St.
Saint Louis, MO 63104


SDI - Steel Dynamics
8000 N. County Rd. 225 E.
Pittsboro, IN 46167


Selden Fox & Associates
619 Enterprise Dr.
Oak Brook, IL 60523-8835


Springfield Electric
Moline Electric Division
P.O. Box 1065
Moline, IL 61266


State Disbursement Unit
P.O. Box 8000
Wheaton, IL 60189


Sterling Napa Auto
218 W. 3rd St.
Sterling, IL 61081
```

Stewart Beverage Corp.
P.O. Box 759
Sterling, IL 61081


The Filter Shop
P.O. Box 634
Clinton, IA 52733-0634


Thomas Jakeway
Fulbright & Associates
1707 E. State St., P.O. Box 1510
Rockford, IL 61110


Thomas Publishing Co.
c/o Thomas R. Jakeway
1707 E. State St., P.O. Box 1510
Rockford, IL 61110-0010


Toyota Motor Credit Corp.
P.O. Box 2431
Carol Stream, IL 60132-2431


Toyota Motor Credit Corp.
P.O. Box 3457
Torrance, CA 90510


Travers Tool Co. Inc.
128-15 2th Ave.
Flushing, NY 11354


Tri-City Heat Treat
2020 Fifth St.
Rock Island, IL 61201


Turret Industries, Inc.
P.O. Box 55
Leetsdale, PA 15056-0055


United Parcel Service
P.O. Box 505820
The Lakes, NV 88905-5820


Vandre, Dean
2900 E. Rock Falls Rd.
Rock Falls, IL 61071

```
Whiteside County Collector
200 E. Knox St.
Morrison, IL 61270


Wilco Rental
1825 Locust St.
Sterling, IL 61081


Wilkins Lowe & Company
315 First Ave.
Sterling, IL 61081


WIPECO, Inc.
855 N. Cicero Ave.
Chicago, IL 60651
```